**August 4, 1999**

| | | |
|---|---|---|
| 22044 | State v. Kaufman | Affirmed |

**August 6, 1999**

| | | |
|---|---|---|
| 21381 | Vargo v. Disney Store | Affirmed |

**August 12, 1999**

| | | |
|---|---|---|
| 21609 | State v. Fernandez | Affirmed |

**August 27, 1999**

| | | |
|---|---|---|
| 21571 | State v. Stanley | Vacated |
| 21440 | State v. Thelan | Affirmed |

**September 15, 1999**

| | | |
|---|---|---|
| 21645 | Carl v. Administrative Director of the Courts | Affirmed |

**September 30, 1999**

| | | |
|---|---|---|
| 21567 | Hutch v. State | Affirmed |

**October 14, 1999**

| | | |
|---|---|---|
| 21692 | State v. Kalili | Affirmed |

**October 21, 1999**

| | | |
|---|---|---|
| 21574 | Peralta v. Ocean Surveys and Management Corp. | Affirmed |
| 21932 | State v. Meng | Affirmed |

**October 25, 1999**

| | | |
|---|---|---|
| 21754 | Doe Children, In re | Affirmed |

**November 24, 1999**

| | | |
|---|---|---|
| 22123 | State v. Iwata | Affirmed |

**November 30, 1999**

| | | |
|---|---|---|
| 21804 | State v. Rice | Affirmed |

**December 1, 1999**

| | | |
|---|---|---|
| 22010 | State v. Yasso | Vacated |
| 21976 | Wong v. City and County of Honolulu | Affirmed |

**December 8, 1999**

| | | |
|---|---|---|
| 21671 | State v. Duering | Affirmed in part, Dismissed in part |